**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS JAMES HILL,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and LENDING CLUB BANK<br><br>Defendants | Case No. 1:26-cv-02069<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT LENDING CLUB BANK |

**NOTICE IS HEREBY GIVEN** that Plaintiff THOMAS JAMES HILL ("Plaintiff") and Defendant LENDING CLUB BANK ("LENDING CLUB" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to LENDING once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Respectfully submitted,

Dated: September 3, 2026

By: */s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman, PLLC
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
T: (602) 461-7404
E: jeffl@jlohman.com

Attorneys for Plaintiff,
THOMAS JAMES HILL

## CERTIFICATE OF SERVICE

I certify that on September 3, 2026, I served Plaintiff THOMAS JAMES HILL'S Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman, PLLC